

# THE THIRTEENTH COURT OF APPEALS

## 13-18-00210-CR

THE STATE OF TEXAS
v.
REYNALDO MARTINEZ JR.

On Appeal from the
County Court at Law No. 2 of Victoria County, Texas
Trial Cause No. 2-108475

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion.

We further order this decision certified below for observance.

August 26, 2019